# 12-3720

IN THE

# United States Court of Appeals
# For the Second Circuit

———————————————

UNITED STATES OF AMERICA,

*Appellant*

V.

LAWRENCE DICRISTINA,

*Appellee*

STEFANO LOMBARDO, AKA MITZIE

———————————————

On Appeal from the United States District Court
for the Eastern District of New York

———————————————

**BRIEF FOR *AMICI CURIAE* AMATEUR POKER PLAYERS
IN SUPPORT OF APPELLEE AND AFFIRMANCE**

———————————————

Patrick W. Fleming, Esq.
THE LAW OFFICE OF PATRICK W. FLEMING
3201 Lafayette Road
Portsmouth, NH 03801
Phone:   603-422-7373
Fax:       603-431-6025

*Counsel for* Amici Curiae

# TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................. ii

INTEREST OF THE *AMICI CURIAE* AND AUTHORITY TO FILE ..................... 1

ARGUMENT ....................................................................................................... 2

    I.   The Rules and Mechanics of Poker ............................................................. 2

        A.  Rules and Features Common to All Poker Games ......................................... 2

        B.  Tournaments and Ring Games ................................................................ 7

        C.  The Rules and Mechanics of No Limit Texas Hold'em ............................... 9

        D.  The Length of a Typical Poker Session ...................................................... 13

    II.   Poker Is a Game of Skill for Every Player, Including Amateurs ................. 15

CONCLUSION ................................................................................................... 28

ADDENDUM ..................................................................................................... 29

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

## Statutes

18 U.S.C. § 1955(b)(2)...............................................................................27

## Other Authorities

Lou Krieger & Sheree Bykofsky, *The Rules of Poker* (2006).....................................2

*Rules for Poker Game: Texas Holdem*, Youtube.com,
    http://www.youtube.com/watch?v=-iQ9pNpxCX4................................................9

Wikipedia, *Glossary of Poker Terms*,
    http://en.wikipedia.org/wiki/Glossary_of_poker_terms........................................2

*Amici curiae* amateur poker players respectfully offer this brief in support of Appellee Lawrence DiCristina, and urge this Court to affirm the judgment of the district court.

**INTEREST OF THE *AMICI CURIAE* AND AUTHORITY TO FILE[1]**

*Amici* are fourteen amateur poker players who all reside in the Eastern District of New York, where this case was originally decided.[2] During the day, *amici* perform a variety of roles; their ranks include professionals from the legal, medical, information technology, education, engineering, sales, management, and service sectors, as well as a student and a retiree. In their spare time, *amici* are poker players and enthusiasts. They believe that poker is a game of skill, and is fundamentally dissimilar from traditional gambling games. *Amici* were heartened by Judge Weinstein's ruling in this case, which was the first detailed analysis of the role of skill in Texas Hold'em poker ever conducted by a federal court, and which accurately described the nature of the game.

*Amici* have authority to file this brief because all parties have consented to its filing.

---

[1] No party's counsel authored this brief, and no party or person other than *amici* or their counsel contributed money or other resources toward the preparation or submission of this brief.

[2] The names of the *amici* joining this brief are listed in the Addendum.

**ARGUMENT**

This *amicus* brief first describes the rules, terminology, and mechanics of poker in an effort to provide a useful reference for the Court. Second, it argues that even for typical amateur players, poker is a game of skill, and therefore fundamentally different from gambling games.

## I.     The Rules and Mechanics of Poker

The following description is intended to provide a useful reference to those members of the Court who may not be familiar with poker. It is not intended to be an exhaustive description of all of the nuances of poker, nor is it intended to furnish a complete rule book.[3]

### A.     Rules and Features Common to All Poker Games

Poker is a vying game[4] played between two or more persons with the use of a standard deck of 52 playing cards and a number of "chips" or similar tokens. The object of the game is to accumulate chips. Most often, but not always, the chips have monetary value.

---

[3] For a detailed examination of the rules of all poker games, including Texas Hold'em, please *see* Lou Krieger & Sheree Bykofsky, *The Rules of Poker* (2006); for a comprehensive glossary of poker terms, *see* Wikipedia, *Glossary of Poker Terms*, http://en.wikipedia.org/wiki/Glossary_of_poker_terms.

[4] A vying game is one in which the players take turns progressively raising the stakes until either one player forces the others to drop out, or some event ends the game.

A hand of poker begins when some or all of the players make a seed contribution (known as the "ante" or the "blind") of chips to a central "pot," which constitutes the stakes for that hand. The players are then dealt cards, at least some of which are not exposed to other players (these concealed cards are known as "hole" or "pocket" cards).

Play then proceeds in a series of betting "rounds," during which the players act in turn, each choosing from a set of actions that includes, but is not limited to, actual betting of the player's chips. All bets are made by placing chips into the pot. If, during any round, a player makes a bet that his opponents are unwilling to match, then that player wins the pot without showing his cards. If, at the end of the last round of betting, multiple players have matched the largest bet, then only those players compare their cards and the holder of the strongest hand wins the pot. Once a hand ends, the next hand begins immediately.

The vast majority of the action in poker occurs during the betting rounds. Every variant of poker has at least one such round, and most variants have more than two—the greater the number of rounds, the more opportunities there are for the players to make decisions, and therefore the more opportunities there are for the players to outwit each other. During these rounds, the players act in clockwise sequence, and when it is his turn to act, a player has the option of making one of several moves.

The first player to act has the option to either "check" or to "bet." To check means that the player chooses not to bet, and instead allows the next player to act. If the player chooses to bet, then he makes a contribution to the pot, which the next player must at least match in order to stay in the hand.

Once a player has bet, the next player to act has three options. He can either "fold," which means that he contributes no money to the pot, but also discards his hand and forgoes any opportunity to win the pot. He can "call," which means that he matches the amount of the previous bet exactly and allows the action to continue to the next player. Or he can "raise," which means that he augments the size of the previous bet, and forces all of the other players to at least call his bet if they wish to stay in the hand.

A round of betting continues until one of two things happens. First, a round can end if one player makes a bet that all of his opponents are unwilling to call. In that circumstance, the player wins the hand and takes the pot, regardless of the cards he holds. Second, a round of betting ends when all of the players remaining in the hand have called the largest bet on the table. After each round of betting (except the last one), the players are dealt additional cards, which may alter the relative strength of their holdings or alter their strategy. After the last round of betting, if more than one player has chosen to stay in the hand, the cards are

revealed and compared, and whoever holds the strongest poker hand wins the pot.[5]

As an illustration, imagine a very simple poker game that involves one round of betting and four players—Adam, Barbara, Charles, and Diana, who happen to

---

[5] All poker hands comprise five cards. The strength of poker hands is evaluated using a fixed ranking system. In some games, the highest hand wins the pot, while in others, the lowest hand wins, and in still others, the highest and lowest share the pot. The rank order of hands, from highest to lowest, is:

    a.    A royal flush, which consists of an Ace, King, Queen, Jack, and 10, all of the same suit.

    b.    A straight flush, which is five cards of consecutive rank in the same suit (*e.g.*, 4♠ 5♠ 6♠ 7♠ 8♠).

    c.    Four of a kind, which is all four cards of the same rank (*e.g.*, four Kings).

    d.    A full house, which is three of a kind combined with a pair (*e.g.*, A♠ A♥ A♦ 5♠ 5♣).

    e.    A flush, which is any five cards of the same suit that are not in sequence (*e.g.*, 2♥ 4♥ 6♥ 8♥ Q♥).

    f.    A straight, which is any five cards in sequence, but not in the same suit (*e.g.*, 5♥ 6♥ 7♥ 8♠ 9♥).

    g.    Three of a kind, which is any three cards of the same rank.

    h.    Two pair, which are any two separate pairs.

    i.    One pair, which is any two cards of the same rank.

    j.    The highest card.

Additional cards beyond those necessary to make a particular hand are known as "kickers," and are used to break ties. For example, if Adam is dealt five cards: A♥ A♠ 9♠ 3♦ 2♣, then he has "one pair," with "kickers" of nine, three, and two. If, in the same hand, Barbara is dealt A♦ A♣ 8♥ 7♦ 4♣, then Adam holds the higher hand, because his first kicker (the 9♠) is higher than Barbara's 8♥. Because the Ace is the highest ranked card, a pair of Aces is also higher than any other pair, which means that if a third player held K♠ K♣ Q♥ J♣ T♦, for example, that player would hold the third-highest hand (a pair of Kings), even though his kickers are higher than both Adam's and Barbara's. Cards of equivalent rank are always equal in poker—there is no rank order of suits.

be seated clockwise in alphabetical order. Assume that all of the players begin by paying an ante of $2.50, so the initial pot is $10. The players are then dealt hole cards, and the betting round proceeds. Adam is the first to act. He checks, which means he does not bet, and leaves the decision to Barbara. Like Adam, Barbara can either check or bet. She bets $5, which means that the total pot size is now $15 (her bet, plus the antes). Charles is next to act, and he may fold, call the $5 bet, or raise. Charles folds, which means that he can no longer win the pot, but he also did not contribute any additional chips to the pot. The action moves ahead to Diana, who now faces the same decision as Charles. She raises another $10, making the total bet $15, and total pot $30. The action comes back around to Adam, who originally checked, and therefore has not yet contributed any chips to the pot beyond his ante. Adam may now fold, call Diana's $15 bet, or raise again. He folds. The action continues to Barbara, the original bettor, who can now fold, call the $10 raise, or re-raise. At this point, there are only two players left in the hand (raiser Diana and original bettor Barbara). Thus, if Barbara folds, then Diana will win the hand (and the $30 pot) by default. If Barbara calls Diana's raise, then she will contribute an additional $10 to the pot, and the round of betting will end. Because in this particular game, there is only one round of betting, the cards will then be revealed and compared, and the player holding the stronger cards will win a $40 pot. If Barbara re-raises, then Diana will face the same choices as Barbara just faced—she

can fold, call Barbara's re-raise, or re-raise again. The betting will continue until either player folds or calls.

An important feature of all poker games is that the bets are completely independent of the cards. In the previous example, this means that there was no guarantee that the players who bet and raised (Barbara and Diana) held stronger cards than the players who folded (Adam and Charles). Indeed , a poker player will often bet even though he does not believe that he holds the best hand; he may also believe that his bet might cause his opponents to fold better hands. This is known as "bluffing," and is one of the most important features of poker. Indeed, many believe that bluffing is a defining feature of poker, and it is certainly one of the primary distinctions between poker and gambling, as bluffers are not wagering on the outcome of events beyond their control—instead, they are wagering in order to alter the outcome of the hand.

### B.      Tournaments and Ring Games

Poker games come in two basic formats: "tournaments" and "ring" games.

In tournament poker, a player enters the tournament by paying an entry fee in order to compete for cash prizes paid based on finishing position. Each entrant is given an equal and specific amount of chips, players are divided randomly among tables, and play begins with the hands conducted in the normal manner for that tournament's variation of poker. Players compete until they lose all of their chips,

at which point they are eliminated. Through this process of attrition, players are eliminated until only one remains. That player wins first prize, and other players win progressively smaller prizes correlated to how long they lasted in the tournament. In a typical tournament, the top ten percent share the prize pool. The chips in a tournament have no independent monetary value and a player who gets up and leaves the tournament prior to completion must leave his or her chips behind to either be forfeited or eventually taken by other players in the form of blinds or antes.

In ring games, also known as "cash games," the chips have actual cash value which is noted on the chips. Chips are usually obtained from and can be redeemed with the operator of the game. Players can begin the game with any amount of chips, though often a minimum number and sometimes a maximum number may be set for that game. Poker hands are played as normal. Players can exit a ring game at any time, take their remaining chips with them and exchange them for cash. If a player loses all the chips he has in play, he must wait until the next hand but can then buy more chips and continue playing.

Although each format has its own unique rules and strategies, players of both formats have the same objective—take chips from the other players and thereby gain money. In ring games, the gain occurs when the player exchanges his chips for cash, and in tournaments, the gain occurs when the player is eliminated and paid in

accordance with his finishing position. A ring game player's success is determined by the total amount of money he has less his contributions to the pot; a tournament player's success is determined by the value of his winnings less his entry fee.

**C.    The Rules and Mechanics of No Limit Texas Hold'em**

Poker is a game of many variants. Some of the better known variants are 5 Card Draw, 7 Card Stud, 5 Card Stud, Texas Hold'em, Omaha, and Lowball. The most popular variant—the one at issue in this case—is No Limit Texas Hold'em.[6]

Texas Hold'em is a poker game that features up to four rounds of betting per hand. A typical Texas Hold'em table can have as few as two players, or as many as ten. The adjective "No Limit" means that whenever it is his turn to act, a player has the option of betting all of his chips—a move known as "going all in." To be clear, this does not necessarily mean that the players are playing for a lot of money—No Limit Texas Hold'em can be played just as easily for pennies as it can for thousands of dollars. Players choose games at whatever stakes they prefer.

Each hand of Texas Hold'em commences with the posting of the blinds. The player to the immediate left of the dealer posts the "small blind" and the player to his left posts the "big blind," which typically is twice the amount of the small

---

[6] For an illustrated version of these rules, please see the video *Rules for Poker Game: Texas Holdem*, Youtube.com, http://www.youtube.com/watch?v= -iQ9pNpxCX4.

blind.[7] As in every poker game, the blinds are seed money for the pot. They create an incentive for the players to engage in the hand.

Once the blinds have been posted, the players are each dealt two hole cards that only they can see and use. Once each player has his hole cards, a round of betting, known as the "pre-flop" round, commences.

In a typical round of betting, the player to the dealer's left acts first. However, since the two players to the dealer's left have already acted by posting blinds, the pre-flop round is different. Instead, the third player (known as the player "under the gun") must act first, and he may fold, call the big blind, or raise the bet. Once he acts, the player to his left acts, and the action proceeds clockwise around the table. The round of betting ends when either all of the players have called the largest bet, or one player has, by betting, induced all opponents to fold. In the latter scenario, the hand ends as well, and the remaining player wins the pot.

If the hand does not end during the pre-flop round, then the dealer reveals

---

[7] In games involving a full-time dealer, the dealer will place a token on the table in front of the player who is nominally regarded as the "dealer." This token is known as the "button" or the "dealer button." The player with the button acts last in each round of betting other than the first one. The button is an advantageous position because the player on the button has the opportunity to see what all of her opponents have done before she makes a decision herself. At the conclusion of each hand, the button rotates to the left, so that the advantage of acting last is shared equally by the players regardless of where they sit. The obligation to pay the blinds rotates as well.

three cards, face up, in the middle of the table. These three cards are collectively known as the "flop," and are community cards that any player can combine with his two hole cards to make the best five-card hand. The flop may substantially alter the relative strength of the players' hands—for example, if a player's two hole cards are both clubs, and the flop reveals three other cards of that suit, then the player has made a flush, which is a relatively strong hand. Or, it is entirely possible that the additional community cards will not alter the relative strength of the players' hands. And of course, because the players' hands involve concealed cards, players must deduce what types of hands their opponents may hold, and therefore what effect the flop may have had.

Once the flop is revealed, the players engage in another round of betting. The first player to the dealer's left who has not yet folded is the first to act. Players then have the opportunity to check, bet, raise, or fold in the same manner as in the pre-flop betting round. This round ends in the same manner as the first: either two or more players call the bet or final raise, or if only one player has not folded that player wins the pot and the hand ends.

If the hand does not end after the flop, then the dealer reveals a fourth community card, known as the "turn" or "fourth street." Again, the fourth card may or may not alter the relative strength of the players' hands, and the players will have to determine for themselves whether it has or not. A third round of betting

occurs, and the same betting rules apply.

If the hand does not end during the third round of betting, then the dealer exposes a fifth and final community card, known as the "river," or "fifth street." This is followed by the fourth and final round of betting, and the same rules for the second and third rounds apply.

If more than one player remains in the hand through the final round of betting, then a "showdown" occurs, where the remaining players reveal their two hole cards. Each player then combines those hole cards with the five community cards to create the highest five-card hand he can. Players can use both, one, or none of their hole cards. The highest hand wins pursuant to the traditional poker hand hierarchy. If two players hold identical cards, the pot is split.

Once a hand ends, the next hand begins immediately. The obligation to deal and to pay the blinds rotates to the left, so that the player who was previously under the gun is now the big blind, the player who was the big blind is now the small blind, and the small blind is now the dealer. This rotation ensures that both the obligation to pay the blinds and the advantages and disadvantages of playing in each position are shared equitably among the players.

The vast majority of poker hands terminate before the end of the last betting round—*i.e.*, when one player induces his opponents to fold. Consequently, in the vast majority of poker hands, the cards are never revealed.

### D. The Length of a Typical Poker Session

A poker game does not have a fixed duration, but typically lasts for many hours. In common parlance a poker "game" typically refers to a venue and collection of players that play together over a long period of time. Heeb Supp. Rpt. ¶ 28. The time from beginning play to ending play is collectively referred to as a "session" and players in the same game may, by leaving or joining the game at different points in time, have different session lengths. The rules permit a player to sit and play a single hand then leave, but no player purposely does this. The typical amateur player is seeking an experience and cannot afford to play every day or night, and so seeks to maximize his participation in the game. A player who came into the game and played only one or two hands before leaving would be allowed to do so, but that player would also be considered rude and not helpful to the game. That player would not be invited back.

The average rate of live poker play is 30 hands per hour, and what deviation there is from the average is often due to the physical skill of the dealer or dealers as it relates to shuffling and distributing the cards. A typical single session of ring game poker is likely to run 120-240 hands, representing four to eight hours of play. That the time frame equals a night's entertainment is not a coincidence. *See, e.g.,* SPA 54; GA 174, 367.

Typical amateur poker players will play multiple sessions at regular intervals,

such as playing once or twice weekly. This phenomenon is often referred to as "poker night" among amateur players and has entered the public consciousness. The game in this case followed this typical design as it was played twice a week, usually by the same players, for a period of around eight hours. *See* SPA 116-117.

Poker tournaments, as mentioned before, differ from ring games in that the tournament does not end until there is only one remaining player. Accordingly, poker tournaments, depending on the way they are structured, can take anywhere from a few hours to multiple days. A tournament that begins with few players, few chips, and large blinds will end much more quickly than a tournament with a large number of players, a large number of chips and small blinds. In order to ensure that tournaments do not last too long, it is common for the tournament rules to specify that the size of the blinds will increase as the tournament progresses. Most players, however, and especially amateur players, prefer a tournament structured for a good length of time to exercise their skills at playing, but also structured for a final result in an evening. And this is precisely the kind of tournament most home games will have, one that will generally last as long as a typical ring game session. Major tournaments, such as the World Series of Poker, often last much longer—up to ten days, with ten hours of play per day. SPA 30.

## II.  Poker Is a Game of Skill for Every Player, Including Amateurs

Once a player knows the basic rules of Texas Hold'em, he must then cultivate the skills that will make him a successful player. The key disciplines include mathematics, psychology, observation, deception, self-control and money management. These skills were catalogued in detail by Dr. Heeb, GA 22-25, 141-44, but the critical point for present purposes is that every poker player can benefit from these skills, and in any poker game, the players who exercise these skills the best are the ones who typically prevail. The beauty of poker is that skill determines the outcomes at every level of the game—thus, whether a table consists of ten professionals or ten beginners, the most skillful player at the table is still the most likely to prevail. This means that even for amateur players, poker is a game of skill.

The best way to come to appreciate the skills involved in poker is to play, and *amici* respectfully urge the members of the Court to find a friendly game and try their hands at it. In the meantime, an illustration might help to show the skills that players exercise. The following hypothetical poker hand is an illustration of the skills that amateur players exercise in every hand of poker.

Assume two players: Adam and Barbara, playing No Limit Texas Hold'em. They post blinds of $1 and $2, and are then dealt their hole cards—in this hypothetical, they are dealt hands of widely disparate strength. Adam is dealt a pair

of Aces (A♦ A♠)—the strongest possible hand—while Barbara is dealt the

8♥ 9♥—a relatively weak hand. The distribution of these cards is a matter of

chance, but reacting to them requires skill. In order to understand the strength of

their starting hands, the players must have sufficient mathematical facility to

calculate the probability that they hold the best hand (easy in Adam's case, but not

so easy for Barbara), as well as the probability that their hands will remain best or

improve to become the best hand (a challenging task for both players). To make

those assessments, each player must not only do the math, but also attempt to

"read" the other in an effort to determine the opponent's holdings. The players will

look for unconscious physical gestures or changes in demeanor—for example, did

Adam stop breathing when he looked at his cards? Did Barbara smile? They will

put those observations into context by recalling each other's past play, all in an

effort to determine their initial relative strength.

Once the players have estimated the strength of their hands, they must then

decide whether and how to play those hands. In the first round of betting, Adam

acts first. He has Aces, and he may choose to raise the pot in order to press his

advantage. However, if he does so, then he risks inducing Barbara to fold, and thus

making very little money. Adam must therefore consider how Barbara is likely to

react to a raise. To do that, he must determine how Barbara perceives him—does

she perceive him as the sort of player who would only raise with a strong hand? Or

does she believe that Adam might raise with any hand? To answer that question, Adam will have to recall and consider his own past play, as well as Barbara's observations of that play. If Adam chooses to raise, he must then decide how much to raise. A small raise might allow him to augment the size of the pot without losing his customer—on the other hand, if Barbara is savvy, then she might perceive the small raise as the trap that it is. Adam must determine whether and how much to raise with a high degree of precision, and in a short amount of time.

Based on his experience playing with Barbara, Adam chooses to raise $5, for a total bet of $7 ($5 plus the big blind of $2), and now Barbara, who holds the 8♥ 9♥, must decide whether to fold, call, or re-raise. Barbara must first determine whether she might already hold the best hand. Thus, she will have to consider whether Adam might raise while holding two cards with ranks less than a nine—an unlikely scenario. But that low probability, alone, does not determine the appropriate course of action. Barbara will have to consider whether she can win immediately by making a bluff re-raise, whether she can call Adam's raise in the hopes that her hand improves, or whether she can call the raise and later win by bluffing even if her hand does not improve. To decide what to do, Barbara must calculate the probability that she will win the pot, either by bluffing or improving her hand, as well as her "pot odds" (the ratio between the amount she has to pay and the size of the pot compared to her probability of winning the pot), and her

"implied odds" (similar to pot odds, except that the calculation incorporates the player's expectation about how much the pot will subsequently grow). These calculations will require Barbara to make judgments not only about the deck, but also about Adam's anticipated behavior—judgments that she will make by considering Adam's past play, his demeanor, and any other information she has about him that might reveal his intentions and how he might react to her play. Again, Barbara must exercise multiple skills to determine whether it makes sense to stay in the hand. Even more importantly, the answer does not depend *s*olely, or even primarily, on the relative strength of the two players' cards. Rather, the answer depends predominantly on how Adam is likely to respond to Barbara's moves.

Barbara decides that Adam is a predictable player who will only raise with strong cards, but who can be bluffed out of the pot if the right flop comes. She therefore decides to call Adam's raise and see if her hand improves or if a bluffing opportunity presents itself. Once Barbara calls, the pot is \$14 (\$7 from each player pre-flop). The dealer flops three community cards: J♥ 3♥ 4♠. Now, Adam still has a pair of Aces, with kickers of a Jack, 3, and 4—while Barbara, who holds the 8♥ 9♥, does not have a pair, but has what is known as a "flush draw," which means that she has four cards to a flush (the two hearts in her hand and the two on the board). At the moment, her hand is very weak. But if the dealer reveals another

18

heart, Barbara will have a strong hand. The deal of the flop is an element of chance. But again, the players must exercise skill to know what the cards mean and how to react to them. Both players will watch each other, looking for responses to the flop in an effort to refine their understanding of what cards their opponent might hold.

In this round of betting, Barbara acts first. If she is skillful, she knows that there are 9 hearts left in the deck, out of a total of 47 unseen cards (she has seen five cards—the two in her hand, and the three in the flop). She can therefore calculate that the probability that the next card will be a heart is approximately 19 percent, and that if the next card is not a heart, then she has a similar probability of seeing a heart on the final card. She must decide whether to check or bet (and if she bets, how much to bet).

In making this determination, Barbara knows that she has not yet made a strong hand, but she knows that by betting, she might induce Adam to fold. After all, Adam raised pre-flop, and he only does so with strong hands. Usually, when players like Adam raise, it is because they hold pairs or cards of a high rank, and Barbara knows that Adam follows that trend. With the exception of the J♥, the cards on the board are of very low rank, and are therefore unlikely to have improved Adam's hand. If Adam is holding a hand like A♦ K♠, for example, then he may be tempted to fold in the face of a sizable bet, fearing perhaps that Barbara

19

herself holds a Jack, and has therefore made a pair of Jacks. Moreover, even if the bluff fails and Adam calls her bet, Barbara might still win if a heart is dealt. And if Adam calls, then that act will also reveal information about his hand—specifically, that it is stronger than Barbara originally estimated (perhaps he holds a Jack, or perhaps he has a pair in his hand). Simultaneously, Barbara's bet might deceive Adam into thinking that Barbara's hand is stronger than a flush draw, thus paving the way for her to earn more money if her flush comes and Adam discounts that possibility.

Given these considerations, some skilled players would choose to bet here. Other skilled players might conclude that betting was unwise—perhaps because the pot is not large enough to justify the investment, or perhaps because they have historically bet with flush draws, and they wish to alter their play in order to deceive their opponents. The right decision will depend primarily on how Barbara thinks Adam will react to a bluff bet. If Barbara thinks that Adam is likely to fold, then she should bet. If she does not, then checking may be the better option. The accuracy of Barbara's assessment is purely a matter of skill.

After considering the situation, Barbara bets $7, and now Adam must determine how to respond. He can fold, call, or raise. If Adam has the skill to read his opponent, then he knows that Barbara is attempting to bluff. If Adam reads Barbara's hand correctly, then the proper response is to make a large raise—large

enough that Barbara would not be justified in calling. To determine the proper bet size, Adam must calculate Barbara's pot odds, and make a sufficiently large bet to drive her out of the pot. For purposes of this example, assume that Adam reads the hand correctly, and makes a large raise in an effort to induce Barbara to fold. In this case, Barbara has a 19 percent chance of drawing a heart with the next card, which means that the odds of her hand improving on the turn are approximately 4:1 against. The pot contains $21 (the $14 from before the flop, and Barbara's $7 bet). Adam must therefore bet enough money that the ratio of the pot to the bet is less than 4:1. If Adam does not raise enough—for example, if he raises only $7, then Barbara will have to pay $7 for the chance to win $28, which means the pot will be giving her odds of 4:1, and she would be justified in calling the raise.

On the other hand, if Adam raises more, for example $17, then Barbara would have to pay $24 for the chance to win $36, such that the pot is giving her odds of only 1.5:1, nowhere close to the 4:1 she needs to make the call. If Adam is skilled, then he will know this, and he will raise more than $7. That way, if Barbara calls with a flush draw, she is making a mistake—specifically, she is paying too much for the opportunity to draw her flush. In this case, Adam raises $17.

Barbara should probably fold if she believes that Adam has correctly read her hand. But sometimes, a skilled player will consider calling or re-raising here in

order to mislead her opponent. For example, if both players are proficient at calculating odds, and each player knows that the other is proficient at calculating odds, then Barbara may decide to call in order to deceive Adam. Upon seeing Barbara call, Adam would reason that it is mathematically incorrect to call with a flush draw, and he would combine that with his knowledge that Barbara is mathematically proficient to conclude that Barbara must not hold a flush draw. Adam might therefore revise his impression of the hand, and later make a mistake. Thus, Barbara may *know* that she holds the worst hand, and may *know* that she is not getting a good price to call Adam's bet, but she may nevertheless do so in an effort to manipulate Adam.

Assume, for the sake of this example, that Barbara knows she has the worse hand, but she decides to call anyway because $17 is not a lot of money to her, and she believes that in the event she draws her flush, Adam will call a very large bet of hers. This means that the pot is now $48 ($14 from the pre-flop betting round, and $34 from the flop). The dealer then reveals the fourth community card, the "turn" card, which is the J♦. Now, the board comprises J♦ J♥ 3♥ 4♠. Again, the deal of the turn card constitutes a chance element. But the way that the players react to the turn card is a matter of skill.

The Jack on the turn did not alter the relative strength of the players' hands. Barbara has not made a flush, and Adam likewise has not materially improved.

However, neither player can be certain that the Jack did not help the other. On the flop, Barbara bet, Adam raised, and Barbara called. Such play—betting, raising, and calling a raise—suggests that both players believed that their hands were strong. When the flop is J♥ 3♥ 4♠, one common strong hand that a player may hold is a hand like A♠ J♠. Such a hand would give the player a pair of Jacks on the flop with the best kicker. After the J♦ appears on the turn, a player holding A♠ J♠ would have three of a kind—which is quite a strong hand, and most importantly for present purposes, is stronger than a pair of Aces. Thus, Adam may be concerned that Barbara, who bet on the flop and then called a raise, has overtaken him and now holds three Jacks.

In fact, as we know, Barbara does not. Instead, she had previously attempted to bluff, and she had been raised by Adam. Barbara herself must therefore worry that Adam holds a Jack. If he does, and therefore has three Jacks, then it will be very difficult to succeed by bluffing again.

Consequently, each player must bring his or her skills to bear to determine whether the other holds a Jack. Each player will attempt to synthesize everything he or she knows—including how the opponent has played in the past, and whether the opponent reacted physically or verbally to the deal of the turn card.

Again, Barbara acts first. Assuming that she correctly concludes that Adam does not have a Jack, she still must decide whether she can successfully bluff.

Barbara decides that she can, and she makes a large bet of $36 into the $48 pot. Now, Adam—who is holding the best hand—must decide how to respond. If Barbara does hold a Jack, then the Aces are no longer the best hand, and Adam should probably fold. That is because there are only two Aces left in the deck, and the odds of drawing one are 23:1, a ratio that far exceeds the pot odds of 84:36 (which reduces to approximately 2.3:1). Adam will therefore have to determine, from everything he knows about Barbara, the probability that she holds a Jack, and will have to compare that probability to the size of the pot to determine whether it makes sense to call.

Adam faces a difficult decision; many players would fold, allowing Barbara to win with the worst hand. But for the sake of this example, assume that Adam is very skilled at reading opponents, he knows that Barbara likes to bluff, and he observes a tell that enables him to conclude that Barbara is probably bluffing in this case. He therefore decides to call the bet. The pot is now $120 ($72 on the turn, plus $48 from before). The river card is a 2♣. The board now comprises 2♣ J♦ J♥ 3♥ 4♠. Barbara has "missed" her flush, and has a very weak hand (not even a pair). Provided Adam does not fold, he will win the pot. Again, the deal of the 2♣ on the river was chance. How the players react to it reveals their skill.

Barbara can attempt to bluff again, or she can check, effectively giving up on the hand. To decide whether to bluff, Barbara must compare the probability that

the bluff will succeed to the size of the bluff relative to the size of the pot. Those assessments require her not only to perform mathematical calculations, but also to assess Adam's willingness to call another bet. Barbara reasons that Adam didn't raise her again on the turn, which means that he likely does not have a Jack. Thus, she decides to try and win the hand by bluffing, and she goes "all in" for another $150.

Again, Adam has a difficult decision to make. On the turn, he was convinced that Barbara did not have a Jack. But her willingness to continue betting—and betting big—might change his mind. He now has to call a $150 bet for a chance to win a $270 pot. That translates to a ratio of 9:5, or just under 2:1. In order to call the bet, Adam must decide that he will have the best hand approximately one third of the time. To make that determination, he must ask whether Barbara is the type of player who could make such large bets in this position with a hand worse than his. If he decides to call, then he will be rewarded with a large pot. If he decides to fold, then Barbara's bluff will have succeeded. At this stage, the outcome rests entirely in his hands.

This example, although lengthy, is actually a simplified version of a poker hand. It is simplified because it involves only two players, and because it omits many of the variables to which the players might react in shaping their opinions. It

is also atypical in the sense that the hand went all the way to the river and possibly a showdown—in real life, the vast majority of hands end much earlier.

The example is illustrative, however, of the ways that poker players use skill to overcome the element of chance. Throughout the example, poker skills were on display. The players relied on their ability to perform precise calculations, to determine their opponents' intentions, and to control the information that they were conveying, all in an effort to engineer a desirable outcome. Importantly, less skilled players might have made worse decisions at any juncture in the hand, substantially altering the outcome.

The example thus highlights a key point about poker: that it would be a mistake to attribute Adam's winning the pot (assuming he calls Barbara's river bet) to the fact that he was dealt the superior hand. In addition to receiving the best hand, Adam had to reason through a series of decisions and call a number of bluffs in order to win. The result of this hand is by no means a foregone conclusion, and a less skilled player might have folded on the turn, or the river. A less skilled player might have also raised too much on the flop, and driven Barbara out of the hand prematurely, while Adam managed to raise enough to make Barbara's call mathematically incorrect, but not enough to scare her away.

Similarly, Barbara attempted to exercise a range of skills in an effort to bluff Adam out of the hand. Whether she ultimately succeeds or not does not change the

fact that she attempted to win through skill, and it was only her opponent's skill that could prevent her from succeeding.

Nor would the conclusion that skill determined the outcome be any different if the dealer had dealt a third heart on the river. In that case, Barbara would have made her flush, and she would have faced the same challenge as Adam, *i.e.*, staving off bluffs from her opponent and finding a way to maximize the value of a winning hand. In that case, chance would not have triumphed over skill—instead, chance would have provided a variable to which the players were each required to respond, and the player who responded better would prevail.

Also important, this example is only one hand. A typical poker session involves hundreds of hands, and the opportunities for the players to exercise skill are multiplied accordingly.

All of this puts in stark relief the contrast between poker and gambling games. The games listed in the Illegal Gambling Business Act's definition of "gambling," 18 U.S.C. § 1955(b)(2), simply have none of the interpersonal jousting that makes poker a favorite pastime for so many Americans. They are qualitatively different games because they involve wagering on events that are outside the players' control, whereas in poker the wagers themselves are the primary tool that the players use to control the outcome of the game.

## CONCLUSION

The rules of poker provide for significant application of skill. Amateur poker players must cultivate and strengthen a wide array of skills to succeed at poker. The ability to use these skills—and strategies and tactics developed therefrom—to consistently win is illuminated by numerous scientific studies and anecdotal evidence addressed at length in other briefs. Because the outcome of poker is determined by the talent and strategy of the players, it is a game of skill. The judgment of the district court should therefore be affirmed.

Respectfully submitted,

Patrick W. Fleming, Esq.
THE LAW OFFICE OF PATRICK W. FLEMING
3201 Lafayette Road
Portsmouth, NH 03801
Phone:      603-422-7373
Fax:   603-431-6025

*Counsel for* Amici Curiae

# ADDENDUM

The amateur poker players who have respectfully joined this *amicus* brief are:

Seneca M. Burr;

Anthony DelGigante;

David Dilbert;

Harry Gross;

Daniel Guido;

Monica Holland;

Noah Elijah Levenson;

Mario Antonio Reyes;

Edward D. Ritter;

Martin J. Salberg;

Daniel Schwartz;

Mark V. Spadaro;

David M. Torchiano;

Brian Tvedt.

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 29(c)(7) and 32(a)(7)(C), I

hereby certify that:

1. This brief complies with the type-volume limitations of Federal Rules of

Appellate Procedure 29(d) and 32(a)(7)(B) because it contains 6953 words.

2. This brief complies with the typeface requirements of Federal Rule of

Appellate Procedure 32(a)(5) and the type style requirements of Federal

Rule of Appellate Procedure 32(a)(6) because it has been prepared in a

proportionally spaced typeface using Microsoft Office Word in Times New

Roman 14-point font.

/s/ Patrick W. Fleming

## CERTIFICATE OF SERVICE

I certify that on March 28, 2013, I caused the foregoing Brief for *Amici Curiae* Amateur Poker Players in Support of Appellee and Affirmance to be served upon counsel for all parties using the CM/ECF system.


<u>/s/ Patrick W. Fleming</u>