# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 24, 2014

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY 10007

Re: Lawrence DiCristina
v. United States
No. 13-564
(Your No. 12-3720)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk